;

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*):_______________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** — Solazyme Brazil LLC

2. **All other names debtor used in the last 8 years** — Vernal Essence

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)** — 56-2522839

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 225 Gateway Boulevard<br>Number Street | Number Street |
| South San Francisco, California 94080<br>City State ZIP Code | City State ZIP Code |
| San Mateo<br>County | **Location of principal assets, if different from principal place of business**<br>Number Street<br>City State ZIP Code |

5. **Debtor's website (URL)** — www.terravia.com

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _______________

Debtor Name Solazyme Brazil LLC Case number(*if known*)_______________

**7. Describe debtor's business**

A. *Check one*:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See www.uscourts.gov/four-digit-national-association-naics-codes.

3 1 1 9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one*:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______

District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor See attached Schedule 1 Relationship ______

District ______ When ______ (MM / DD / YYYY)

Case number, if known ______

Debtor Solazyme Brazil LLC
Name
Case number(*if known*)

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention? (Check all that apply.)**

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number Street

City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor Solazyme Brazil LLC
Name

Case number(*if known*)

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/02/2017
MM / DD / YYYY

✘ /s/ Paul T. Quinlan
Signature of authorized representative of debtor

Paul T. Quinlan
Printed name

Title Manager

**18. Signature of attorney**

✘ /s/ Mark D. Collins
Signature of attorney for debtor

Date 08/02/2017
MM / DD / YYYY

Mark D. Collins
Printed name

Richards, Layton & Finger, P.A.
Firm name

One Rodney Square, 920 North King Street
Number Street

Wilmington
City

Delaware
State

19801
ZIP Code

(302) 651-7700
Contact phone

collins@rlf.com
Email address

2981
Bar number

Delaware
State

**SCHEDULE 1**

**PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**"). A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. Additional information about the relationship between each entity is contained in the *Declaration of Tyler W. Painter in Support of Debtors' Chapter 11 Proceedings and First Day Pleadings* filed contemporaneously herewith.

| Entity Name | Relationship | District | Date | Case Number |
|---|---|---|---|---|
| Terravia Holdings, Inc. | Affiliate | District of Delaware | August 2, 2017 | Not Yet Assigned |
| Solazyme Brazil LLC | Affiliate | District of Delaware | August 2, 2017 | Not Yet Assigned |
| Solazyme Manufacturing 1, LLC | Affiliate | District of Delaware | August 2, 2017 | Not Yet Assigned |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **SOLAZYME BRAZIL LLC** | ) | Case No. 17-__________ (___) |
| Debtors.[1] | ) | Joint Administration Requested |

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor hereby certifies under penalty of perjury that the Creditor Address Mailing Matrix (list of creditors) containing the names and addresses of its creditors (the "**Matrix**") is true, correct and complete.

**SOLAZYME BRAZIL LLC**

Dated: August 2, 2017
Wilmington, Delaware

By: /s/ Paul T. Quinlan
Paul T. Quinlan
Manager

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: TerraVia Holdings, Inc. (7078), Solazyme Brazil LLC (2839) and Solazyme Manufacturing 1, LLC (4172). The debtors' mailing address is 225 Gateway Boulevard, South San Francisco, CA 94080.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **SOLAZYME BRAZIL LLC** | ) | Case No. 17-__________ (___) |
| Debtors.[1] | ) | Joint Administration Requested |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

The following is a list of creditors holding the 20 largest general unsecured claims against Terravia Holdings, Inc. and its subsidiaries that have filed voluntary petitions for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware on the date hereof (collectively, the "**Debtors**"), on a consolidated basis. This list has been prepared from the Debtors' books and records.

This list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest general unsecured claims.

This list reflects the information existing and available as of August 2, 2017 (the "**Petition Date**"). The Debtors reserve the right to amend this list based on information existing as of the Petition Date.

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: TerraVia Holdings, Inc. (7078), Solazyme Brazil LLC (2839) and Solazyme Manufacturing 1, LLC (4172). The debtors' mailing address is 225 Gateway Boulevard, South San Francisco, CA 94080.

The information presented herein, including the Debtors' failure to list any claim as contingent, unliquidated or unknown, does not constitute an admission or waiver of the Debtors' right to contest the validity, priority or amount of any claim.

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| District of Delaware |
| Case number (If known):__________________________ Chapter 11 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GLAS TRUST COMPANY LLC<br>230 PARK AVENUE, SUITE 1000<br>NEW YORK, NY 10169 | ADAM BERMAN<br>FAX: 212-202-6246<br>ADAM.BERMAN@GLAS.AGENCY | 5.00% convertible senior subordinated notes due 2019 | | | | $144,200,000 |
| 2 | WILMINGTON TRUST, N.A.<br>350 PARK AVENUE<br>NEW YORK, NY 10022 | PETER FINKEL<br>TEL: 612-217-5629<br>FAX: 612-217-5651<br>PFINKEL@WILMINGTONTRUST.COM | 6.00% convertible senior subordinated notes due 2018 | | | | $33,475,000 |
| 3 | R.C. BENSON & SONS, INC.<br>1959 LEGHORN ST, SUITE 1<br>MOUNTAIN VIEW CA 94043 | ROBERT BENSON<br>650-965-3430<br>BOB@RCBENSONSONS.COM | TRADE CLAIM | | | | $464,922.17 |
| 4 | SAN MATEO COUNTY TAX COLLECTOR<br>555 COUNTY CENTER, 1ST FLOOR<br>REDWOOD CITY CA 94063 | 650 363-4142<br>TAXMASTER@CO.SANMATEO.CA.US | TAXES | | | | $92,265.66 |

| Name of creditor and complete mailing address, including zip code | | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | ACOSTA SALES MARKETING<br>6600 CORPORATE CENTER PARKWAY<br>JACKSONVILLE FL 32216 | CHRIS MATHEWSON<br>904-296-4569<br>CMATHEWSON@ACOSTA.COM | TRADE CLAIM | | | | $66,500.00 |
| 6 | DGA<br>550 ELLIS STREET<br>MOUNTAIN VIEW CA 94043 | LIZ NOVI<br>650-943-1660<br>LNOVI@DGA-MV.COM | TRADE CLAIM | | | | $58,871.97 |
| 7 | AMERICAN NATURAL PROCESSORS, INC.<br>600 STEVENS PORT DRIVE, SUITE 101<br>DAKOTA DUNES SD 57049 | DEB JESSE<br>605-242-6074<br>DEBJ@AMERICANNATURALSOY.COM | TRADE CLAIM | | | | $48,222.75 |
| 8 | THERMO ELECTRON NORTH AMERICA LLC<br>770 NORTHPOINT PKWY #100<br>WEST PALM BEACH FL 33407 | MICHELLE.MARCOUX<br>800-532-4752<br>CMD.FSSC.COLLECTIONS@THERMOFISHER.COM | TRADE CLAIM | | | | $42,426.20 |
| 9 | CENTER FOR AQUACULTURE CANADA INC<br>PO BOX 388, 20 HOPE STREET<br>SOURIS, PRINCE EDWARD ISLAND, CANADA COA2BO | SHARON MACAULAY<br>902-687-1245<br>SMACAULAY@AQUATECHCENTER.COM | TRADE CLAIM | | | | $41,943.65 |
| 10 | RF BINDER PARTNERS INC<br>950 3RD AVENUE, 7TH FLOOR<br>NEW YORK NY 10022 | JASON BUERKLE<br>212.994.7577<br>JASON.BUERKLE@RFBINDER.COM | TRADE CLAIM | | | | $40,940.92 |
| 11 | ADM CLINTON BIOPROCESSING, INC.<br>4666 FARIES PARKWAY<br>DECATUR IL 62526 | MARTIN, HEATHER<br>217-451-5172<br>HEATHER.MARTIN@ADM.COM | TRADE CLAIM | | | | $37,606.01 |
| 12 | THE NIELSEN COMPANY US LLC<br>85 BROAD STREET<br>NEW YORK NY 10004 | AARTHY PALANIRAJA<br>855-425-8844<br>AARTHY.PALANIRAJA.AP@NIELSEN.COM | TRADE CLAIM | | | | $31,850.00 |

| Name of creditor and complete mailing address, including zip code | | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | FISHER SCIENTIFIC COMPANY,LLC<br>3970 JOHNS CREEK COURT<br>SUWANEE GA 30024 | ANDRES ARCE<br>800 582 3095<br>ANDRES.ARCE@THERMOFISHER.COM | TRADE CLAIM | | | | $26,908.42 |
| 14 | THE OLIVE OIL FACTORY<br>2445 S. WATNEY WAY, STE. D<br>FAIRFIELD CA 94533 | JULIE MARTINEZ<br>707-426-3400<br>JULIE@CRITELLI.COM | TRADE CLAIM | | | | $26,714.82 |
| 15 | DEAN ORNISH, MD LLC<br>900 BRIDGEWAY<br>SAUSALITO CA 94965 | TANDIS ALIZADEH<br>415-332-2525<br>TANDIS@PMRI.ORG | TRADE CLAIM | | | | $25,000.00 |
| 16 | HATCH DESIGN, LLC<br>402 JACKSON ST<br>SAN FRANCISCO CA 94111 | DOUG CARSON<br>415-398-1650<br>ACCOUNTING@HATCHSF.COM | TRADE CLAIM | | | | $15,054.63 |
| 17 | BIOINNOVATION LABORATORIES, INC.<br>7220 WEST JEFFERSON AVE. STE. 112<br>LAKEWOOD CO 80235 | ROBERT HOLTZ<br>303-986-2404<br>HOLTZ@BIOINNOVATIONLAB.COM | TRADE CLAIM | | | | $15,000.00 |
| 18 | FOILFLEX PRODUCTS, INC<br>24963 AVENUE TIPPITTS<br>VALENCIA CA 91355 | ESMERALDA LOPEZ<br>818-523-7862<br>ESMERALDA@FOILFLEX.COM | TRADE CLAIM | | | | $14,415.00 |
| 19 | FEDEX<br>942 SOUTH SHADY GROVE ROAD<br>MEMPHIS, TN 38120 TN 38120 | ANDREA DURHAM<br>855-552-5393<br>ARDURHAM@FEDEX.COM | TRADE CLAIM | | | | $12,048.16 |
| 20 | NASDAQ OMX CORPORATE SOLUTIONS LLC<br>805 KING FARM BLVD<br>ROCKVILLE MD 20850 | SHARON.TAN<br>301-978-8392<br>SHARON.TAN@NASDAQ.COM | | | | | $10,830.93 |

**Fill in this information to identify the case and this filing:**

Debtor Name Solazyme Brazil LLC

United States Bankruptcy Court for the District of Delaware
(State)

Case number (If known): ____________

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ___
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/02/2017
MM/DD/YYYY

X /s/ Paul T. Quinlan
Signature of individual on behalf of debtor

Paul T. Quinlan
Printed name

Manager
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **SOLAZYME BRAZIL LLC** | ) | Case No. 17-__________ (___) |
| Debtors.[1] | ) | Joint Administration Requested |

**CORPORATE OWNERSHIP STATEMENT**

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Solazyme Brazil LLC (the "**Company**") hereby states that the following entity directly or indirectly owns 10% or more of the Company's equity interests:

- TerraVia Holdings, Inc. (100% ownership interest)

I, the undersigned authorized officer of the Company, named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief, with the reliance on appropriate corporate officers.

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: TerraVia Holdings, Inc. (7078), Solazyme Brazil LLC (2839) and Solazyme Manufacturing 1, LLC (4172). The debtors' mailing address is 225 Gateway Boulevard, South San Francisco, CA 94080.

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name Solazyme Brazil LLC |
| United States Bankruptcy Court for the District of Delaware (State) |
| Case number (If known): |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ___

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/02/2017
MM/DD/YYYY

X /s/ Paul T. Quinlan
Signature of individual on behalf of debtor

Paul T. Quinlan
Printed name

Manager
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| **SOLAZYME BRAZIL LLC** | ) | Case No. 17-__________ (___) |
| Debtors.[1] | ) | Joint Administration Requested |

## LIST OF EQUITY INTEREST HOLDERS

In accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Solazyme Brazil LLC (the "**Company**") hereby states that the following entity holds the Company's equity interests:

- TerraVia Holdings, Inc., 225 Gateway Boulevard, South San Francisco, CA 94080 (100% membership interest)

I, the undersigned authorized officer of the Company, named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief, with the reliance on appropriate corporate officers.

[1] The debtors and debtors in possession in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: TerraVia Holdings, Inc. (7078), Solazyme Brazil LLC (2839) and Solazyme Manufacturing 1, LLC (4172). The debtors' mailing address is 225 Gateway Boulevard, South San Francisco, CA 94080.

**Fill in this information to identify the case and this filing:**

Debtor Name Solazyme Brazil LLC

United States Bankruptcy Court for the District of Delaware (State)

Case number (If known): ____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ___

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/02/2017
MM/DD/YYYY

X /s/ Paul T. Quinlan
Signature of individual on behalf of debtor

Paul T. Quinlan
Printed name

Manager
Position or relationship to debtor

**Solazyme Brazil LLC**

**Written Consent of the Sole Member and Managers**

August 1, 2017

The undersigned, being the Sole Member and the Managers (collectively, the "Governing Body") of Solazyme Brazil LLC (the "Company"), a Delaware limited liability company and a subsidiary of TerraVia Holdings, Inc. (the "Parent"), do hereby consent to and adopt pursuant to and in accordance with the laws of the State of Delaware the following resolutions:

Commencement of Chapter 11 Case

WHEREAS the Governing Body reviewed and considered the materials presented by the Company's management team and its financial and legal advisors regarding the Company's liabilities and liquidity, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses; and

WHEREAS the Governing Body consulted with the Company's management team and its financial and legal advisors, and has fully considered each of the Company's strategic alternatives.

NOW, THEREFORE, BE IT RESOLVED that in the judgment of the Governing Body, it is desirable and in the best interests of the Company, its creditors, employees and other stakeholders that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

RESOLVED that each of the Company's managers and officers (each, an "Authorized Officer") be, and each of them hereby is, authorized on behalf of the Company to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause such petitions to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), each such petition to be filed at such time as the Authorized Officer executing the petition shall determine and to be in the form approved by the Authorized Officer executing such petition, such approval to be conclusively evidenced by the execution, verification and filing thereof;

Retention of Advisors

RESOLVED that the law firm of Davis Polk & Wardwell LLP be, and hereby is, retained as counsel to the Company in the Company's chapter 11 case, subject to the approval of the Bankruptcy Court;

RESOLVED that the law firm of Richards, Layton & Finger, P.A. be, and hereby is, retained as co-counsel to the Company in the Company's chapter 11 case, subject to the approval of the Bankruptcy Court;

RESOLVED that Rothschild Inc. be, and hereby is, retained as financial advisor for the Company in the Company's chapter 11 case, subject to the approval of the Bankruptcy Court;

RESOLVED that Kurtzman Carson Consultants, LLC be, and hereby is, retained as notice, claims and solicitation agent for the Company in the Company's chapter 11 case, subject to the approval of the Bankruptcy Court; and

RESOLVED that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to execute and file in the Company's chapter 11 case all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to retain and obtain assistance from additional legal counsel, accountants, financial advisors and other professionals and to take and perform any and all further acts and deeds that any such Authorized Officer deems necessary or desirable in connection with the Company's chapter 11 case; provided, however, that any such act or deed shall remain subject to further Governing Body approval to the extent required under the Company's existing delegations of authority and/or corporate governance practices and procedures.

Debtor in Possession Financing

WHEREAS the Parent and its subsidiaries, including the Company, have determined to enter into a definitive credit agreement (collectively, the "Credit Agreement") to obtain financing in the form of a superpriority senior secured debtor-in-possession credit facility in an aggregate principal amount of up to $10 million (the "Credit Facility"), the proceeds of which will be used for general corporate and working capital purposes, including for capital expenditures and to pay fees and expenses associated with the Parent's and its applicable subsidiaries' chapter 11 cases (including the Company's chapter 11 case) and the Credit Facility;

WHEREAS the lenders under the Credit Facility will require, as a condition to the extension of the Credit Facility, that each of the Company and the other wholly-owned domestic subsidiaries of the Parent (together with the Company, the "Subsidiary Guarantors"; the Subsidiary Guarantors together with the Parent, the "Loan Parties") (1) guarantee the obligations of the Loan Parties under the Credit Agreement and the other Loan Documents (as defined below) and (2) grant first priority priming liens and security interests in substantially all of its assets, subject to exceptions set forth in the Credit Agreement, to secure the obligations of the Loan Parties under the Credit Agreement and the other Loan Documents and to provide superpriority claim status with respect thereto; and

WHEREAS the Governing Body has been advised of the material terms of the Credit Agreement and the other Loan Documents, has given full consideration to the transactions contemplated by the Credit Agreement and the other Loan Documents, and has determined that the transactions contemplated by the Credit Agreement and the other Loan Documents are in the best interest of the Company and that it is in the best interest of the Company to (i) enter into the Credit Agreement, guaranty the obligations thereunder and under the other Loan Documents, and execute and deliver each mortgage, security agreement, pledge agreement, guarantee agreement, control agreement, intellectual property agreement, financing statement and other document under which a security interest in the assets of the Company is being created, and each other agreement, document or instrument required thereunder (collectively, with the Credit Agreement, the "Loan Documents") and (ii) authorize the Authorized Officers to take any and all actions as they may deem appropriate to effectuate the transactions contemplated by the Credit Agreement and each of the other Loan Documents.

NOW, THEREFORE, BE IT RESOLVED that the Company be, and it hereby is, authorized and empowered to enter into the Credit Agreement and each of the other Loan Documents to which it is a party and to consummate all the other transactions contemplated by the Loan Documents, including, without limitation, to guarantee the obligations of the Loan Parties under the Loan Documents, and to grant superpriority status and first priority priming liens and security interests in, and to pledge, mortgage or grant deeds of trust with respect to, its right, title and interest in and to its properties and assets to the extent required to secure the obligations of the Loan Parties under the Loan Documents and to grant superpriority claim status with regard thereto;

RESOLVED that each of the Authorized Officers of the Company be, and each of them hereby is, authorized to negotiate, execute and deliver the Credit Agreement and each of the other Loan Documents in the name and on behalf of the Company in the form and upon the terms and conditions as any Authorized Officer may approve (such approval to be conclusively established by such Authorized Officer's execution and delivery thereof), and to perform the Company's obligations thereunder including the payment of any fees and expenses related thereto, and to take all actions in accordance therewith that any of them may deem necessary or advisable to consummate the transactions contemplated thereby, and the actions of any such Authorized Officer in negotiating the terms of, and in executing and delivering, each of the Loan Documents and any other action taken in connection therewith, on behalf of the Company be, and the same hereby are, ratified, confirmed, approved and adopted;

RESOLVED that any Authorized Officer of the Company be, and each of them hereby is, authorized and empowered in the name and on behalf of the Company to execute and deliver any amendment (including amendments increasing the amount of credit available under the Credit Agreement and/or extending the maturity of the same), amendment and restatement or other modification to the Credit Agreement or any of the other Loan Documents to which it is a party (each, an "Amendment"), such approval to be conclusively evidenced by the execution and delivery thereof; provided, however, that any such Amendment shall remain subject to further Governing Body approval to the extent required under the Company's existing delegations of authority and/or corporate governance practices and procedures; and

RESOLVED that any Authorized Officer of the Company be, and each of them hereby is, authorized and empowered in the name and on behalf of the Company to execute and deliver any officer's, secretary's or similar certificate on behalf of the Company in connection with the Credit Agreement or any of the other Loan Documents or any Amendment to which it is a party and the transactions contemplated therein, with such changes as such Authorized Officer executing the same may approve, such approval to be conclusively evidenced by the execution and delivery thereof.

<u>Potential Sale Transactions</u>

RESOLVED that the Company and the Authorized Officers are hereby authorized, directed and empowered, on behalf of and in the name of the Company to file a motion with the Bankruptcy Court (i) seeking approval of bidding procedures to be used to facilitate a potential sale of all or substantially all of the Company's assets pursuant to section 363 of the Bankruptcy Code (the "Potential Sale Transaction"), (ii) seeking approval of Corbion N.V. as a stalking

horse purchaser (the "Stalking Horse Bidder") for the Potential Sale Transaction and (iii) seeking approval of the payment of certain fees (including expense reimbursement and breakup fees) to the Stalking Horse Bidder, all substantially in accordance with the summary presented to the Board, subject to such modifications thereto as the Authorized Officers and the Company's management may deem necessary or advisable in order to give effect to and carry out the general purposes of the Potential Sale Transactions as presented to the Board;

RESOLVED that the Authorized Officers shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to conduct a further marketing process to identify Potential Sale Transactions under the supervision of the Bankruptcy Court; and

RESOLVED that the Authorized Officers shall be, and each of them alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to (a) take actions and negotiate, or cause to be prepared and negotiated, and, subject to Bankruptcy Court approval as required, to execute, deliver, perform and cause the performance of any agreements (including asset purchase agreements), certificates, instruments, receipts, petitions, motions or other papers or documents in furtherance of, and necessary to effectuate, any Potential Sale Transactions to which the Company is or will be a party and (b) request the Bankruptcy Court to approve any Potential Sale Transaction (including a sale of the Company's assets to a higher or better bidder) and for any related relief.

General Authorization and Ratification

RESOLVED that, in connection with the Company's chapter 11 case, the Authorized Officers be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to negotiate, execute, deliver, and perform or cause the performance of any notes, guarantees, security agreements, other agreements, consents, certificates, or instruments as such person considers necessary, appropriate, desirable or advisable to effectuate any other borrowing or other financial arrangements, such determination to be evidenced by such execution or taking of such action;

RESOLVED that the Authorized Officers be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to take, or cause to be taken, any and all further actions (including, without limitation, (i) execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and (ii) pay fees and expenses in connection with the transactions contemplated by the foregoing resolutions) and to take any and all steps deemed by any such Authorized Officer to be necessary, advisable or desirable to carry out the purpose and intent of each of the foregoing resolutions, and all actions heretofore taken by any such Authorized Officer or the Governing Body in furtherance thereof are hereby ratified, confirmed and approved in all respects;

RESOLVED that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts

and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Governing Body;

RESOLVED that the omission from these resolutions of any agreement, document or other arrangement contemplated by any of the agreements, documents or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Officers to take all actions necessary, desirable, advisable or appropriate to consummate, effectuate, carry out or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and

RESOLVED that this Written Consent may be executed, by facsimile or otherwise, by the undersigned, in counterparts, each of which shall be an original, but all of which together shall constitute but one and the same document.

[Signature Page Follows]

IN WITNESS WHEREOF, I have hereunto set my hand as of the date first written above.

Sole Member
TerraVia Holdings, Inc.

/s/ Paul Quinlan
Paul Quinlan
Secretary of TerraVia Holdings, Inc.

/s/ Paul Quinlan
Paul Quinlan
Manager of Solazyme Brazil LLC

/s/ Tyler Painter
Tyler Painter
Manager of Solazyme Brazil LLC